United States Court of Appeals

For the Eighth Circuit

_____

No. 24-2534

_____

Kimberly Laniece Wilbon

*Plaintiff - Appellant*

v.

Daniel E. Goff; Diana K. Dean; Lisa G. Brown; Leslie R. Hell; Lloyd J. Austin, III

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Springfield

_____

Submitted: March 31, 2025
Filed: April 9, 2025
[Unpublished]

_____

Before SMITH, KELLY, and ERICKSON, Circuit Judges.

_____

PER CURIAM.

Kimberly Wilbon appeals the district court's[1] order dismissing her pro se employment-related action. Upon de novo review, we find no basis for reversal. See

_____

[1]The Honorable M. Douglas Harpool, United States District Judge for the Western District of Missouri.

<u>Dittmer Props., L.P. v. FDIC</u>, 708 F.3d 1011, 1016 (8th Cir. 2013) (standard of review).  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____